BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>APPROXIMATELY $21,310.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:15-MC-00071-TLN-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Ricardo Curiel Macedo ("claimant" or "Macedo") by and through their respective counsel, as follows:

1.　　On or about March 30, 2015, claimant Macedo filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $21,310.00 in U.S. Currency, which was seized on January 28, 2015.

2.　　The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.　　Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was June 26, 2015.

    4.    By Stipulation and Order filed June 26, 2015, the parties stipulated to extend to July 27, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

    5.    By Stipulation and Order filed July 27, 2015, the parties stipulated to extend to August 26, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

    6.    By Stipulation and Order filed September 9, 2015, the parties stipulated to extend to September 25, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

    7.    By Stipulation and Order filed September 17, 2015, the parties stipulated to extend to November 24, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

    8.    By Stipulation and Order filed November 20, 2015, the parties stipulated to extend to December 24, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

    9.    By Stipulation and Order filed December 17, 2015, the parties stipulated to extend to January 22, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

    10.    By Stipulation and Order filed January 14, 2016, the parties stipulated to extend to

March 22, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. By Stipulation and Order filed March 23, 2016, the parties stipulated to extend to April 21, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 20, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 20, 2016.

Dated:   4/13/16

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:   4/13/16

/s/ Jacek W. Lentz
JACEK W. LENTZ
Attorney for Claimant
Ricardo Curiel Macedo

(Authorized by email)

IT IS SO ORDERED

Dated: April 26, 2016

Troy L. Nunley
United States District Judge

3

Stipulation to Extend Time to File Complaint